# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

LIONEL R. BEARD,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, *et al*,

    Defendants.

Case No. 3:16-cv-01209-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE**.

DATED: July 24, 2018

                                         **JUSTINE FLANAGAN,**
                                         **Acting Clerk of Court**

                                         **BY:**  s/Tina Gray
                                                   **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**