IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LIONEL R. BEARD,<br>Plaintiff,<br><br>v.<br><br>FREDDIE FALMIER,<br>RYAN HUMPHREYS,<br>FEDERAL BUREAU OF PRISONS,<br>CHARLES SAMUELS,<br>J.S. WALTON,<br>SEAN WHITECOTTON,<br>UNICOR, and<br>UNITED STATES OF AMERICA,<br>Defendants. | Case No. 16–CV–01209–JPG–GCS |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that the following claims are **DISMISSED WITH PREJUDICE**:

- **COUNT 1** of the First Amended Complaint against **FREDDIE FALMIER**; and

- **COUNT 2** of the First Amended Complaint against **RYAN HUMPHRIES**.

**IT IS FURTHER ORDERED AND ADJUDGED** that the following claims are **DISMISSED WITHOUT PREJUDICE**:

- **COUNT 1** of the Complaint against **FREDDIE FALMIER**;

- **COUNT 2** of the Complaint against **RYAN HUMPHRIES**;

- **COUNT 3** of the Complaint against **CHARLES SAMUELS**;

- **COUNT 3** of the First Amended Complaint against the **UNITED STATES OF AMERICA**;

- **COUNT 4** of the Complaint against **J.S. WALTON**;

- **COUNT 5** of the Complaint against **J.S. WALTON**; and

- **COUNT 6** of the Complaint against **ALL DEFENDANTS**.

**SO ORDERED.**

**Dated: September 11, 2019**

Margaret M. Robertie, Clerk of Court
s/Tina Gray, Deputy Clerk

Approved by: s/J. Phil Gilbert
United States District Judge